[No. 68055-2-I. Division One. February 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LI-GEMINI FERGUSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-1-00051-9, Karen Lerner, J. Pro Tem., entered November 29, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.

[No. 68338-1-I. Division One. February 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON ALFRED DODGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04170-9, Kimberley Prochnau, J., entered February 10, 2012. *Remanded* by unpublished per curiam opinion.

[No. 68352-7-I. Division One. February 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN ELIZABETH AMADOR, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-01165-9, Ira Uhrig, J., entered February 10, 2012. *Remanded* by unpublished per curiam opinion.

[No. 68576-7-I. Division One. February 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN BASCOMB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06647-5, Lori Kay Smith, J., entered March 28, 2012. *Remanded with instructions* by unpublished per curiam opinion.